IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DWAYNE ALMOND,

                                                 ORDER

                  Plaintiff,

                                          14-cv-616-bbc

     v.

WILLIAM POLLARD, PAUL SUMNICHT,
AMY SCHRAUFNGED, S. JACKSON,
ANGLIA KROLL, DAVID BURNETT,
SCOTT HOFTIEZER, JIM GREEN,
MARY MUSE, BELINDA SCHRUBBE
OFFICIAL JONES, DR. MANLOVE,
JOHN DOE, DONNA LARSON,
JOHN GLINSKI, REBECCA A. PAULSON,

                  Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

     Pro se prisoner Dwayne Almond has filed a new lawsuit about alleged failures by various state officials to treat his "small external hemorrhoid." Because of plaintiff's long history of filing frivolous lawsuits in this court, he is subject to various filing restrictions. Almond v. Pollard, 14-cv-174-bbc (W.D. Wis. Apr. 29. 2014). Plaintiff's new complaint raises the same claim that I dismissed in a previous lawsuit, Almond v. Pollard, 14-cv-5-bbc (W.D. Wis. Apr. 22, 2014), and he has not alleged any new facts suggesting that he is entitled to relief. Accordingly, plaintiff's complaint is DISMISSED for his failure to state a claim upon which relief may be granted and the clerk of court is directed to enter judgment in favor of defendants and close this case. Any new motions not related to appeal that

plaintiff files in this case will be deemed denied after 30 days unless the court orders otherwise.

Entered this 1st day of October, 2014.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge