IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DWAYNE ALMOND,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

  v.

Case No.  14-CV-616-bbc

WILLIAM POLLARD, PAUL SUMNICHT,
AMY SCHRAUFNGED, S. JACKSON,
ANGLIA KROLL, DAVID BURNETT,
SCOTT HOFTIEZER, JIM GREEN,
MARY MUSE, BELINDA SCHRUBBE
OFFICIAL JONES, DR. MANLOVE,
JOHN DOE, DONNA LARSON,
JOHN GLINSKI, REBECCA A. PAULSON,

    Defendants.

    This action came before the court for consideration with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing plaintiff Dwayne Almond's complaint for failure to state a claim upon which relief may be granted.

/s/                                            October 2, 2014

Peter Oppeneer, Clerk of Court                  Date